No. 33. ANDERSON v. KENTUCKY. Certiorari, 371 U. S. 886, to the Court of Appeals of Kentucky. The motion of the petitioner to correct the order of this Court of March 9, 1964, 376 U. S. 940, is denied.

No. 1184, Misc. WILLIAMS v. PATE, WARDEN;
No. 1199, Misc. OHODNICKI v. RUSSELL, CORRECTIONAL SUPERINTENDENT;
No. 1214, Misc. WILSON v. SOUTH CAROLINA ET AL.; and
No. 1215, Misc. OLIVE v. FLORIDA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1210, Misc. LOFTICE v. NASH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 865, Misc. RAUBINGER, COMMISSIONER OF EDUCATION OF NEW JERSEY, ET AL. v. AUGELLI, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition denied. MR. JUSTICE DOUGLAS is of the opinion that the motion for leave to file should be granted. *Arthur J. Sills,* Attorney General of New Jersey, *Theodore I. Botter,* First Assistant Attorney General, *Joseph A. Hoffman,* Deputy Attorney General, and *Richard Newman* for petitioners. *Milton T. Lasher* for Volpe et al., intervenors.

No. 866. CITY OF EL PASO v. SIMMONS. Appeal from the United States Court of Appeals for the Fifth Circuit. Probable jurisdiction noted. *Thornton Hardie* for appellant. *Greenberry Simmons* for appellee.